```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 28526
   ARTIE LEE BRINSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3854

---------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 08/02/2004 and was confirmed 09/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 04/21/2008.
---------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED         15650.00         528.01       15650.00
WELLS FARGO AUTO FINANCE  UNSECURED        5324.01            .00        5324.01
BROTHER LOAN & FINANCE    UNSECURED        1011.04            .00        1011.04
CHECK N GO                UNSECURED       NOT FILED           .00             .00
CITIBANK                  UNSECURED       NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED        1170.00            .00        1170.00
DEVRY INSTITUTE           UNSECURED             .00           .00             .00
DEVRY INC                 NOTICE ONLY     NOT FILED           .00             .00
DEVRY INC                 NOTICE ONLY     NOT FILED           .00             .00
US DEPT OF EDUCATION      SPECIAL CLASS    6335.30         824.15        6335.30
PREMIER BANCARD CHARTER   UNSECURED         232.14            .00         232.14
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        1104.51            .00        1104.51
PROVIDIAN BANK            NOTICE ONLY     NOT FILED           .00             .00
SIR FINANCE               UNSECURED        1229.00            .00        1229.00
DEVRY INSTITUTE           UNSECURED        1512.58            .00        1512.58
INTERNAL REVENUE SERVICE  PRIORITY        15983.84            .00       15983.84
INTERNAL REVENUE SERVICE  UNSECURED        4604.64            .00        4604.64
PETER FRANCIS GERACI      DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                       3,455.24
DEBTOR REFUND             REFUND                                        1,002.42

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                  RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE           62,666.88

PRIORITY                              15,983.84
SECURED                               15,650.00
   INTEREST                              528.01
UNSECURED                             22,523.22

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 28526 ARTIE LEE BRINSON
```

```
     INTEREST                                             824.15
ADMINISTRATIVE                                          2,700.00
TRUSTEE COMPENSATION                                    3,455.24
DEBTOR REFUND                                           1,002.42
                                 ----------------   ----------------
TOTALS                                 62,666.88          62,666.88
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
  Dated: 07/29/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```